244 So.2d 858

**UNITED SURINAME TRADING
COMPANY**

**v.**

**C. B. FOX COMPANY et al.**

No. 51176.

March 10, 1971.

 On the facts found by the Court of Appeal there is no error of law in the judgment complained of.

■

244 So.2d 858

**GIBSLAND SUPPLY COMPANY, Inc., et al.**

**v.**

**AMERICAN EMPLOYERS' INSURANCE COMPANY.**

No. 51178.

March 10, 1971.

There is no error of law in the judgment complained of.